# First District Court of Appeal
## State of Florida

———————————————————

No. 1D19-2404

———————————————————

Jeffrey L. Hawkins,

    Petitioner,

v.

State of Florida,

    Respondent.

———————————————————

Petition for Writ of Mandamus—Original Jurisdiction.

August 30, 2019

Per Curiam.

    The petition for writ of mandamus is denied on the merits.

B.L. Thomas, Kelsey, and M.K. Thomas, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Jeffrey L. Hawkins, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.